THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
The State,       
Respondent
 
 
 

v.

 
 
 
Hoyt Morris,       
Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Memorandum Opinion No. 2005-MO-003
Heard January 5, 2005  Filed January 
 24, 2005

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, of the Office of Appellate Defense, 
 of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy
Attorney General John W. McIntosh, Senior Assistant Attorney General Norman 
 Mark Rapoport, all of Columbia, and Solicitor Thomas E. Pope, of York, for Respondent. 
 
 
 

PER CURIAM:  We granted certiorari to consider 
 the decision of the court of appeals in State v. Hoyt Morris, Op. No. 
 2003-UP-144 (S.C. Ct. App. Filed January 19, 2003).  After review of the appendix 
 and briefs, we find that post conviction relief is petitioners proper avenue 
 to pursue relief, if any, and therefore dismiss the writ as improvidently granted.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., 
 concur.